UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AFTON CHEMICAL CORPORATION, et al.,<br><br>　　　　Defendants. | Case No. 06-cv-763-JPG |

**ORDER AUTHORIZING THE SETTLING DEFENDANTS' DEPOSIT OF FUNDS
IN A COURT REGISTRY ACCOUNT**

　　The United States has filed with the Court an "Unopposed Motion to Authorize the Settling Defendants' Deposit of Funds in a Court Registry Account" (Doc. 17). The United States' Motion seeks authorization for the Settling Defendants (*i.e.*, all Defendants in this case except Diane Hackett and the Estate of Paul Sauget) to deposit funds in a Court Registry Account, as provided in a proposed Consent Decree that was lodged with the Court on October 4, 2006. Paragraph 4 of the Consent Decree requires the Settling Defendants to deposit funds totaling $2,601,594.20 in a Court Registry Account within 20 days of the Court's Order establishing such an account. Pursuant to Paragraph 4 of the Consent Decree, the funds in the Court Registry Account are to be held in trust for the benefit of the United States. Further, pursuant to Paragraph 7 of the Consent Decree, the funds are to be disbursed to the United States after the Court's entry of the Consent Decree, or in the alternative, to the Settling Defendants in the event that the Court declines to enter the Decree (or the United States withdraws its consent to the Decree) after a period of public comment.

　　**NOW, THEREFORE,** in light of the United States' Motion, and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The United States' Motion is **GRANTED**.

2. Pursuant to Rule 67 of the Federal Rules of Civil Procedure, the Clerk of the Court shall accept the Settling Defendants' payments into the Court Registry Account, as provided in the proposed Consent Decree. Each of the Settling Defendants' payments into the Court Registry Account shall be made within 20 days of the date of this Order and shall be by a check made payable to "Clerk, United States District Court." Each check shall reference the EPA Region and Site/Spill Identification Number 05 58, the Department of Justice case number 90-11-2-06089/1, and the name of the Settling Defendant making the payment.

3. The Court Registry Account shall be an interest-bearing account at the designated depository as previously authorized by the Order of this Court dated October 2, 2002, a copy of which is attached to this Order.

4. Pursuant to 28 U.S.C. § 1914(b) and the Judicial Conference Schedule of Fees, no fees shall be charged for services rendered on behalf of the United States in connection with the Settling Defendants' deposit of funds in the Court Registry Account.

5. Any disbursement from the Court Registry Account shall be made only in accordance with a separate Withdrawal Order of this Court.

**IT IS SO ORDERED.**

DATED: November 7, 2006

                                                s/ J. Phil Gilbert
                                                J. PHIL GILBERT
                                                DISTRICT JUDGE