IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL NO. 06-763-GPM |
| ) | |
| AFTON CHEMICAL CORPORATION, et ) | |
| al., ) | |
| ) | |
| Defendants. ) | |

## ORDER APPROVING CONSENT DECREE

**MURPHY, Chief District Judge:**

On January 29, 2007, the Court held a conference call with the attorney for the United States, Kevin Lyskowski, and the attorney for Defendant Estate of Paul Sauget and Defendant Diane Hackett, in her capacity as Personal Representative and Executor of the Estate of Paul Sauget, Dan Murray. Counsel confirmed for the Court during this call that various papers recently filed should not be construed as an objection to the unopposed motion to enter consent decree which was filed by the United States on December 20, 2006 (*see* Doc. 29).

Accordingly, the Court hereby **APPROVES** the consent decree lodged with the Court on October 4, 2006, and attached to this Order. The Court **FINDS** that there is no just reason for delaying entry of judgment and, therefore, in accordance with Federal Rule of Civil Procedure 54(b), **DIRECTS** the entry of judgment against Defendants Afton Chemical Corporation, Allied Waste Industries, Inc., A.O. Smith Corporation, Barry-Wehmiller Companies, Inc., BASF Corporation, BFI Waste Systems of North America, Inc., Blue Tee Corp., Cyprus Amax Minerals Company, Dow

Chemical Company, Eagle Marine Industries, Exxon Mobil Corporation, Flint Group, Incorporated, Fru-Con Construction Corporation, The Glidden Company, Mallinckrodt, Inc., Merck & Co., Inc., Pharmacia Corporation, The Proctor & Gamble Company, The Proctor & Gamble Manufacturing Company, Service America Corporation, and Union Carbide Corporation (the "Settling Defendants"), as set forth in the consent decree.

At this point, only claims against the Estate of Paul Sauget and Diane Hackett, in her capacity as the Personal Representative and Executor of the Estate of Paul Sauget, remain. Counsel for the United States advised the Court that a decision will be made within the next several weeks concerning whether those claims will be pursued.

**IT IS SO ORDERED.**

DATED: 01/30/07

*s/ G. Patrick Murphy*
G. PATRICK MURPHY
Chief United States District Judge